## In the Matter of Jerry Irvin.

*Criminal law : Justice's jurisdiction : Appeal : Measure of punishment.*   On an appeal from a justice's court to the circuit in a criminal prosecution for an assault and battery, the circuit court is confined to the same measure of punishment to which by statute the justice is limited.

*Heard and decided January 28.*

Application for *habeas corpus.*

The petitioner having been convicted before a justice of

the peace on a criminal prosecution for an assault and battery, appealed to the circuit. Being there convicted the court sentenced him to pay a fine of two hundred dollars, and on failing to pay the fine, to be imprisoned for one year. He made default and was imprisoned pursuant to the sentence, and is still in jail under it, although more than three months have elapsed since his imprisonment began. The prosecuting attorney and the attorney general unite in a request for a decision upon the legality of the further detention of the petitioner under the sentence, and they waive all questions as to the nature and form of the proceeding. The facts are admitted.

THE COURT held that the circuit was confined to the same measure of punishment as the justice, and that upon the facts as represented the further detention of the petitioner is illegal.

An order must be entered allowing a *habeas corpus* to issue on the application of the petitioner or his attorney, unless he shall be otherwise released.